**Otis B. TUTEN v. W. A. WILBANKS.**

8 Div. 872.

Court of Appeals of Alabama.
Dec. 18, 1934.

Simpson & Simpson, of Florence, for appellant.

Bradshaw & Barnett, of Florence, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.